**1389** CITY OF MUSKEGON vs. SODERBERG (Co. Treas.), No. 15968; 3 D. L. N., 766; 69 N. W., 1116. (Certiorari to Muskegon.)

To compel payment over to the city treasurer of certain delinquent real estate taxes collected by respondent.

The circuit judge granted the writ.

Affirmed February 2, 1897, with costs.

The respondent claimed the right to offset the amount due the county for delinquent personal taxes, for which respondent had issued his warrant to the city treasurer to collect.

**1390** DAYTON TOWNSHIP vs. ROUNDS, 27 M., 81.

**1391** DAYTON TOWNSHIP vs. WARREN, 27 M., 81.

Under the statute (Comp. L., 1871, Sec. 3927-36) authorizing the payment of bounties to volunteers, etc., the bonds provided for are intended to be put upon the footing of established liabilities against the township, to be presented like other claims, for orders on the treasury, to the township board; and an action against the township is not the proper remedy to enforce payment; but the proper redress for any refusal of the town officers to do their duty in this regard is by mandamus.